**John C. Ellis, Jr.**
California State Bar Number 228083
**Reuben C. Cahn**
California State Bar No. 255158
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California   92101-5008
Telephone:   (619) 234-8467
John_Ellis@fd.org/Reuben_Cahn@fd.org

Attorneys for Ms. Kissane

United States District Court

Southern District Of California

**(Honorable Larry A. Burns)**

| United States Of America, | ) | Case No.:   15cr1928-LAB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **Memorandum of Points and Authorities in Support of Defendant's Motion to Suppress Statements** |
| Nicole Kissane (2), | ) | |
| Defendant. | ) | |

## I.   Introduction

Federal agents attempted to interrogate Ms. Kissane on two occasions.  First, on December 18, 2013, after the execution of the search warrant at her mother's home, FBI Special Agents Frye and Biebesheimer attempted to interrogate Ms. Kissane. At the very beginning of the interview, the following occurs:

Nicole Kissane:          I don't want to speak to you until I have a lawyer.

Agent Frye:          Well, your not under arrest, your not in our custody, we're not here to detain you or anything of that nature. … Um, as you're not under arrest and not in our custody, you do not have a court appointed attorney appointed for you.  If you don't want to answer questions, that's fine.  I want you to hear us out.  If choose to talk to us that's fine, if not, that's fine as well.

*See* Exhibit A (Audio Recording of Interrogation).  Despite Ms. Kissane's clear invocation of her right, Agents Frye and Biebesheimer continue to attempt to elicit incriminating responses from Ms. Kissane for nearly an hour.

Second, on July 24, 2014, federal agents took Ms. Kissane into custody and attempted to interrogate her.   Prior to advising Ms. Kissane of her *Miranda* rights, Agents Frye and Biebesheimer asked background and biographical questions.  *See* Exhibit B (Video Recording of Interrogation).  Ms. Kissane refused to answer any of their questions.  She also refused to answer their questions after being advised her of *Miranda* rights.

Considering Ms. Kissane validly invoked her rights during both interrogation attempts, it seems unimaginable that the government would attempt to introduce any evidence from either.  This motion is filed as an abundance to caution to suppress any statements, silence or alleged nervousness made during either interrogation.

## II.   Suppress Statements

It is well established that "[b]efore a defendant's self-incriminating statements may be admitted into evidence, 'a heavy burden rests on the government to demonstrate that the defendant knowingly and intelligently waived his privilege against self-incrimination and his right to retained or appointed counsel.'"  *United States v. Rodriguez*, 518 F.3d 1072, 1076 (9th Cir. 2008) (quoting *Miranda v. Arizona*, 384 U.S. 436, 475 (1966). A valid *Miranda* waiver must be "made with a full awareness of both the nature of the right being abandoned and the consequences of the decision to abandon it."  *Berghuis v. Thompkins*, 130 S.Ct. 2250, 2260 (2010).  Moreover, this Court must "indulge every reasonable presumption against waiver of fundamental constitutional rights." *United States v. Heldt*, 745 F.2d 1275, 1277 (9th Cir. 1984).   Here, Ms. Kissane validly invoked her right to an attorney during the first interrogation and her right to remain silent in the second. Therefore, all evidence seized or derived from the interrogations should be suppressed.

### III. Conclusion

For the above reasons, Ms. Kissane moves this Court to suppress statements as set forth above.

Respectfully submitted,

DATED: July 19, 2016
        */s/ John C. Ellis, Jr.*
**John C. Ellis, Jr.**
**Reuben C. Cahn**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Kissane
john_ellis@fd.org
reuben_cahn@fd.org

# CERTIFICATE OF SERVICE

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

John N. Parmley
Assistant U.S. Attorney

Michael F. Kaplan
Assistant U.S. Attorney

Respectfully submitted,

DATED: July 19, 2016

*/s/ John C. Ellis, Jr.*
**John C. Ellis, Jr.**
**Reuben C. Cahn**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Kissane
john_ellis@fd.org
reuben_cahn@fd.org