**JOHN C. ELLIS, JR.**
California State Bar No. 228083
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
John_Ellis@fd.org

Attorneys for Ms. Kissane

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:   15CR1928-LAB |
|---|---|
| Plaintiff, | |
| v. | JOINT MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| NICOLE KISSANE (2), | |
| Defendant. | |

IT IS HEREBY JOINTLY MOVED, by and between the parties that the conditions of pretrial release for defendant, Nicole Kissane, in the above-captioned case, be modified to allow her to travel to the Toiyabe National Forest in Bridgeport, CA from August 19, 2016 through August 22, 2016. Ms. Kissane's motion is not opposed by the government or Pretrial Services. Ms. Kissane acknowledges that she is to contact her Pretrial Services Officer prior to, and upon her return from, traveling. The surety has provided written consent.

///
///
///
///
///
///

1 | The parties respectfully request that this Court issue an order allowing travel
2 | to the Toiyabe National Forest in Bridgeport, California from August 19, 2016 to
3 | August 22, 2016.

Respectfully submitted,

Dated: August 10, 2016

*s/ John C. Ellis, Jr.*
JOHN C. ELLIS, JR.
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Kissane

Dated: August 10, 2016

*s/ John L. Parmely*
JOHN L. PARMLEY
Assistant Unites States Attorney

Dated: August 10, 2016

*s/ Irene Pflaum*
IRENE PFLAUM
United States Pretrial Services Officer

## CERTIFICATE OF SERVICE

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties:

    John L. Parmley
    Assistant U.S. Attorney
    via CM/ECF

    Irene Pflaum
    United States Pretrial Sercices Officer
    via email

Respectfully submitted,

Dated: August 10, 2016

*s/ John C. Ellis, Jr.*
JOHN C. ELLIS, JR.
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Kissane

Email: John_Ellis@fd.org