**JOHN C. ELLIS, JR.**
California State Bar No. 228083
**REUBEN CAMPER CAHN**
California State Bar No. 255158
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
John_Ellis@fd.org
Reuben_Cahn@fd.org

Attorneys for Ms. Kissane

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  15CR1928-LAB |
|---|---|
| Plaintiff, | Hon. Larry Alan Burns<br>Courtroom 14A<br>Date: September 27, 2016<br>Time: 10:00 a.m. |
| v. | |
| NICOLE KISSANE (2), | |
| Defendant. | **Supplemental Motion to Suppress Evidence** |

TO:   LAURA E. DUFFY, UNITED STATES ATTORNEY; AND
       JOHN PARMLEY, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on September 27, 2016, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant, Nicole Kissane, through her attorneys, John C. Ellis, Jr., Reuben C. Cahn, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motion.

///
///
///
///
///
///

## **MOTION**

Defendant, Nicole Kissane, through her attorneys, John C. Ellis, Jr., Reuben C. Cahn, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, moves this Court for an order to grant this:

(1) Supplemental Motion to Suppress Evidence.

This motion is based upon the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the hearing on this motion.

Respectfully submitted,

Dated: August 11, 2016      *s/ John C. Ellis, Jr.*
JOHN C. ELLIS, JR.
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Kissane

Email: John_Ellis@fd.org