LAURA E. DUFFY
United States Attorney
MICHAEL F. KAPLAN
Assistant U.S. Attorney
California State Bar No.185759
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7927
Email: Michael.Kaplan@usdoj.gov
Attorneys for Plaintiff
United States of America

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH BUDDENBERG ET, AL.,<br><br>      Defendant | ) Case No. 15CR1928-LAB<br>)<br>) **NOTICE OF APPEARANCE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.    I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this

case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>  John N. Parmley

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>  Michael F. Kaplan

Please call me if you have any questions about this notice.

DATED:     September 14, 2016                    Respectfully submitted,

                                                                        <u>*s/Michael F. Kaplan*</u>
                                                                        MICHAEL F. KAPLAN
                                                                        Assistant United States Attorney
                                                                        Attorneys for Plaintiff
                                                                        United States of America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 15CR1928-LAB |
| | ) |
| v. | ) **CERTIFICATE OF SERVICE** |
| | ) |
| | ) |
| JOSEPH BUDDENBERG ET, AL., | ) |
| | ) |
| Defendant | ) |

IT IS HEREBY CERTIFIED THAT:

I, Michael F. Kaplan, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of Notice of Appearance on the parties listed on ECF by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14, 2016

*s/Michael F. Kaplan*
MICHAEL F. KAPLAN